IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| LONNIE C. JACKSON | : | NO. 97-404-02 |

## **ORDER**

**AND NOW,** this 21st day of June, 2013, upon consideration of Defendant Lonnie C. Jackson's Petition for Writ of Error Coram Nobis (Docket No. 310), and the Government's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Petition is **DISMISSED.**

    BY THE COURT:

    /s/ John R. Padova
    _____
    John R. Padova, J.